In re Foumet, M. Michelle; — Other(s); applying for writ of certiorari and/or review, *181 supervisory and/or remedial; Parish of East Baton Rouge, 19th Judicial District Court, Div. “E”, No. 08-89-837.
Writ granted. The action of the court of appeal is vacated. The trial court has jurisdiction to hear the merits of defense counsel’s request for compensation. See State v. Durham, 93-0396 (La.App. 5 Cm. 6/16/94), writ denied, 639 So.2d 1172 (La.1994), citing State v. Craig, 93-KK-2515 and 93-KK-2654 c/w 93-KK-2589 (La. 5/23/94, 637 So.2d 437); State v. Wigley, 624 So.2d 425 (La.1993). The matter is remanded to the court of appeal for a determination of the merits.
DENNIS, J., not on panel.